68,174-03

April 7, 2014

Donovan Dwight Simms ©

9601 SPUR 591 (NOT A DOMOCILE)

Amarillo, Texas Republic [near 79107-9606]

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 0 9 2015
Abel Acosta, Clerk

To: Abel Acosta, Court Clerk

Texas Court of Criminal Appeals

Capitol Station

P.O. Box 12308

Austin, Texas 78711

Re: WR-68,174-03

Trial Court Case No.: 1056045-C

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 09 2015
Abel Acosta, Clerk

Dear Court Court;

I have ~~rece~~ received your Response to my inquiry dated March 26, 2015 about the Status of the above Writ of habeas corpus. Unfortunately, I was never sent (or never received) a copy of this courts opinion, nor the Written Order for the above Cause Number for the habeas corpus. Your Response to my status inquiry was the only notice I received from this Court.

If possible could you please send me a copy of this court's written opinion and/or Written Order dated March 4, 2015 for the above Cause/Writ Number. Thank you in advance for your time and patience in this matter.

Sincerely,

Donovan Dwight Simms ©